**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known): _____    Chapter 11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Shannon Staley & Sons LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-4777399 |
| 4. | Debtor's address | **Principal place of business**<br><br>304 E. Main Street<br>Carnegie, PA 15106<br>Number, Street, City, State & ZIP Code<br><br>Allegheny<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | shannonstaleyandsons.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Shannon Staley & Sons LLC**                                    Case number (*if known*)
_____Name_____

7. Describe debtor's business

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __2383__

8. Under which chapter of the Bankruptcy Code is the debtor filing?

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

   ■ No
   ☐ Yes

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ■ No
    ☐ Yes

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | District | When | Case number, if known | |

Debtor **Shannon Staley & Sons LLC**    Case number (*if known*) _____
         Name

11. **Why is the case filed in this district?** Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.    Insurance agency _____
              Contact name _____
              Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**    Check one:

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - ☐ 1-49
    - ■ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated Assets**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ■ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ■ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

Debtor  **Shannon Staley & Sons LLC**  Case number (if known) _____
Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 6, 2019**
            MM / DD / YYYY

X /s/ Stephen A. Daniele                                  Stephen A. Daniele
Signature of authorized representative of debtor          Printed name

Title  **Sole Member**

**18. Signature of attorney**

X /s/ Robert O Lampl                                      Date  **August 6, 2019**
Signature of attorney for debtor                                MM / DD / YYYY

**Robert O Lampl 19809**
Printed name

**Robert O Lampl Law Office**
Firm name

**Benedum Trees Building**
**223 Fourth Avenue, 4th Floor**
**Pittsburgh, PA 15222**
Number, Street, City, State & ZIP Code

Contact phone  **412-392-0330**    Email address  **rlampl@lampllaw.com**

**19809 PA**
Bar number and State

Fill in this information to identify the case:

Debtor name: Shannon Staley & Sons LLC
United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ART Industries<br>Art Drywall<br>2948 Rear<br>Leechburg Road<br>Lower Burrell, PA 15068 | | | | | | $11,985.00 |
| Beacon Roofing Supply Co., Inc.<br>201 Corey Avenue<br>Braddock, PA 15104 | | | | | | $46,731.23 |
| Desmone & Associates, Inc.<br>Desmone Architects<br>3400 Butler Street<br>Pittsburgh, PA 15201 | | | | | | $26,921.00 |
| Dollar Bank<br>Line of Credit<br>Three Gateway Center<br>Pittsburgh, PA 15222 | | | | $217,000.00 | $0.00 | $217,000.00 |
| Erie Insurance<br>100 Erie Insurance Place<br>Erie, PA 16530 | | | | | | $14,000.00 |
| Holzer Resnick Contracting LLC<br>5640 Steubenville Pike<br>Mc Kees Rocks, PA 15136 | | | | | | $9,323.00 |
| Independent Controllers<br>900 Washington Avenue<br>Carnegie, PA 15106 | | | | | | $43,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Shannon Staley & Sons LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Integrative Staffing Group, LLC 940 Beaver Grade Road Coraopolis, PA 15108 | | | | | | $305,517.20 |
| Internal Revenue Service Philadelphia, PA 19155 | | | | | | $109,418.89 |
| Liberty Lumber 311 Adams Avenue Canonsburg, PA 15317 | | | | | | $39,964.10 |
| Michael Roast 933 Osage Road Pittsburgh, PA 15243 | | | | | | $411,000.00 |
| Nalcom Partners LP 1 Georgetown Road, Unit 204 Lawrence, PA 15055 | | | | | | $131,980.00 |
| PNC Bank One PNC Plaza 249 Fifth Avenue Pittsburgh, PA 15222 | | | | | | $74,590.00 |
| Sims-Lohman P.O. Box 633328 Cincinnati, OH 45263-3328 | | | | | | $59,520.67 |
| Smart Business 601 Ocean Parkway #8E Brooklyn, NY 11218 | | | | $217,000.00 | $0.00 | $217,000.00 |
| TCI Business Capital Inc. Employer Solutions Staffing Group 7480 Flying Cloud Drive #200 Eden Prairie, MN 55344 | | | | | | $239,847.58 |
| Thomas Clipp 303 Courtney Road Finleyville, PA 15332 | | | | | | $35,787.58 |
| Tradesmen International P.O. Box 932858 Cleveland, OH 44193 | | | | | | $13,440.71 |

Debtor   **Shannon Staley & Sons LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| UPMC Health Plan<br>UPMC Insurance Services<br>P.O. Box 371842<br>Pittsburgh, PA 15250 | | | | | | $32,491.74 |
| Walter Buchanan<br>4328 Ohio River Boulevard<br>Pittsburgh, PA 15202 | | | | | | $9,940.00 |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Shannon Staley & Sons LLC**                                   Case No.
                                     Debtor(s)                         Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 6, 2019**                  **/s/ Stephen A. Daniele**
                                            Stephen A. Daniele/Sole Member
                                            Signer/Title

ABC Merchant Services
55 Broadway, 3rd Floor
New York, NY 10006

ABC_EZ Moving Co., Inc.
1000 Island Avenue
Pittsburgh, PA 15236

Aflac
Payment Processing
1932 Wynnton Road
Columbus, GA 31999

Allegheny Millwork
1001 Muriel Street
Pittsburgh, PA 15203

Applicant Manager, LLC
9075 Gardner Street
Beaumont, TX 77707

Aqua Filter Fresh Inc.
1 Commerce Drive
Pittsburgh, PA 15239

ART Industries
Art Drywall
2948 Rear Leechburg Road
Lower Burrell, PA 15068

Beacon Roofing Supply Co., Inc.
201 Corey Avenue
Braddock, PA 15104

Best Dust Busters
Lndsay Grice
226 Dersam Street
McKeesport, PA 15133

Boyd Roll Off Services
1107 Thompson Avenue
Mc Kees Rocks, PA 15136

Brandsafway Services LLC
501 Robb Street
Mc Kees Rocks, PA 15136

Brookside Lumber and Supply Co.
P.O. Box 3500
Pittsburgh, PA 15230

Cecere Contracting
Attn.: Dominic Cecere
439 Stokes Avenue
North Braddock, PA 15104

City of Pittsburgh
Dept. of Permits, Licenses & Inspections
200 Roass Street, Suite 320
Pittsburgh, PA 15219

City of Pittsburgh
Office of Treasurer
City-County Building, 2nd Floor
414 Grant Street
Pittsburgh, PA 15219

Comcast Business
P.O. Box 21129
Eagan, MN 55121-0129

Cook's Hardscape
1415 4th Avenue
New Brighton, PA 15066

CT Developments
1415 4th Avenue
New Brighton, PA 15066

D&J Contracting
3653 Churchview Avenue
Pittsburgh, PA 15236

Denton Martin
428 Bolden Road
Vanderbilt, PA 15486

Desmone & Associates, Inc.
Desmone Architects
3400 Butler Street
Pittsburgh, PA 15201

Dina Daniele
Graham Company
One Penn Square West, 25th Floor
Philadelphia, PA 19102

Dollar Bank
Line of Credit
Three Gateway Center
Pittsburgh, PA 15222

Duquesne Light
P.O. Box 10
Pittsburgh, PA 15230-0010

Enterprise Lease
P.O. Box 800089
Kansas City, MO 64180-0089

Erie Insurance
100 Erie Insurance Place
Erie, PA 16530

Famous Supply Co.
Famous Supply of Washington
1110 West Chestnut Street
Washington, PA 15301

Federouch Landscape Supply
P.O. Box 522
Lawrence, PA 15055

Fife Heating and Air Conditioning
1396 Venetia Road
Eighty Four, PA 15330

Frazier's Plumbing, Heating & AC
12 Archer Street
Canonsburg, PA 15311

FrostByte, LLC
270 Lemoyne Avenue
Pittsburgh, PA 15228

Gail Wright at Home
122 Wray Large Road
Jefferson Hills, PA 15025

Gateway Towers Condominium
320 Fort Duquesne Blvd.
Pittsburgh, PA 15222

Gen3 Surveying
Attn.: Terry Siefers
885 Center Road
Pittsburgh, PA 15239

Gillman Services Inc.
P.O. Box823461
Philadelphia, PA 19182-3461

Guardian Project SVCS
174 Thorn Hill Road
Warrendale, PA 15086

Holzer Resnick Contracting LLC
5640 Steubenville Pike
Mc Kees Rocks, PA 15136

Independent Controllers
900 Washington Avenue
Carnegie, PA 15106

Integrative Staffing Group, LLC
940 Beaver Grade Road
Coraopolis, PA 15108

Internal Revenue Service
Philadelphia, PA 19155


Johnny's Glass Service Inc.
P.O. Box 509
1118 Worthington Avenue
Clairton, PA 15025

Josh Anderson Structural, Inc.
5267 Saltsburg Road
Murrysville, PA 15668

Ken Azzarello
63 N. Sprague Avenue
Pittsburgh, PA 15202

Keystone Waste Solutions LLC
1420 Center Avenue, Suite 1904
Pittsburgh, PA 15219

Kowalski HVAC
111 Clubside Drive
McMurray, PA 15317

Liberty Lumber
311 Adams Avenue
Canonsburg, PA 15317

M2B Retirement Consulting LLC
Stonewood Commons
101 Bradford Road, Suite 200
Wexford, PA 15090

Main Street Concepts
Attn.: Doug Laderer
504 Longridge Drive
Pittsburgh, PA 15234

Maintenance Supply Headquarters
P.O. Box 301451
Dallas, TX 75303-1451

Michael Brothers Hauling & Recycling
901 Horning Road
Pittsburgh, PA 15236

Michael Roast
933 Osage Road
Pittsburgh, PA 15243

Mild Men of Pittsburgh
938 Constitution Boulevard
New Kensington, PA 15068

Miracle Method of NW Pittsburgh, Inc.
1039 State Route 168
Darlington, PA 16115

Nalcom Partners LP 1
Georgetown Road, Unit 204
Lawrence, PA 15055

Nicolella Roofing Company
305 E. Maiden Street
Washington, PA 15301

Pennsylvania Dept. of Transportation
400 north Street, 5th Floor
Harrisburg, PA 17120

Pennsylvania One Call System
P.O. Box 641121
Pittsburgh, PA 15264-1121

Plumb & True Legal Consulting
Attn.: Renee Schwerdt
306 Orchard Drive
Pittsburgh, PA 15228

PM Computing Inc.
134 Three Degree Road, 2nd Floor
Pittsburgh, PA 15237

PNC Bank
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA 15222

Preferred Appraisal Services
Preferred Cleaning Systems, LLC
837 Russellton Road
Cheswick, PA 15024

Quest Diagnostics
P.O. Box 740709
Atlanta, GA 30374

Republic Services Trash
P.O. Box 9001099
Louisville, KY 40290-1099

Roy Kim
444 Perry Highway
Pittsburgh, PA 15229

```
SCB Capital, LLC
531 Georgetown Road, Unit 204
Lawrence, PA 15055

Scott Electric
1000 South Main Street
Greensburg, PA 15601

Sherwin Williams
1100 Western Avenue
Clarksville, PA 15322

Shook Electric
Attn.: Brandon Shook
4 Parkview Street
Pittsburgh, PA 15205

Sims-Lohman
P.O. Box 633328
Cincinnati, OH 45263-3328

Smart Business
601 Ocean Parkway #8E
Brooklyn, NY 11218

Spillman Thomas & Battle
300 Kanawha Boulevard East
P.O. Box 237
Charleston, WV 25321-0273

Sweeney Swank Architects
3831 Willow Avenue
Pittsburgh, PA 15234

Taylor Structural Engineers, Inc.
2275 Swallow Hill Road, Building 100
Pittsburgh, PA 15220

TCI Business Capital Inc.
Employer Solutions Staffing Group
7480 Flying Cloud Drive #200
Eden Prairie, MN 55344

The Predictive Index
101 Station Drive
Westwood, MA 02090

Thomas Clipp
303 Courtney Road
Finleyville, PA 15332

Tradesmen International
P.O. Box 932858
Cleveland, OH 44193
```

UPMC Health Plan
UPMC Insurance Services
P.O. Box 371842
Pittsburgh, PA 15250

US Bank
1310 Madrid Street, Suite 101
Marshall, MN 56258-4002

Walter Buchanan
4328 Ohio River Boulevard
Pittsburgh, PA 15202

Watt Fencing, Inc.
1313 Silver Lane
Coraopolis, PA 15108

Wex Bank / Gas Card
P.O. Box 4337
Carol Stream, IL 60197