# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**SHANNON STALEY & SONS, LLC,**

    Debtor.

**SHANNON STALEY & SONS, LLC,**

    Objector,

    v.

**CORPORATION SERVICE COMPANY,**

    Claimant.

Bankruptcy No. 19-23101-CMB

Chapter 11

Doc. No. 250

## ORDER OF COURT

Upon consideration of the foregoing *Expedited Objection to Claim of Corporation Service Company as Representative to Undisclosed Principal*, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Claim of the Corporation Service Company, as representative of undisclosed principal, be, and hereby is, **DISALLOWED**. Further, Corporation Service Company shall immediately withdraw UCC-1 Financing Statement #2019070101531, filed on July 1, 2019.

DATE: 11/4/2020

FILED
11/4/20 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Bohm
United States Bankruptcy Court Judge