### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

**SHANNON STALEY & SONS, LLC,**                    **Bankruptcy No.: 19-23101-CMB**

                                                    **Chapter 11**

            **Debtor.**

                                                    **Document No.**

**SHANNON STALEY & SONS, LLC**
                                                    **Related to Doc Nos.: 120 & 243**

            **Movant,**
    **vs.**                                          **Hearing date and time:**
                                                    **February 23, 2021 at 2:00 p.m.**

**NO RESPONDENTS.**

## ENTERED BY DEFAULT

### ORDER OF COURT


    It is hereby **ORDERED, ADJUDGED** and **DECREED** that the Motion for Final

Decree be, and hereby is, **GRANTED**.

    Date:_____February 8, 2021_____


                                        _Carlota M. Böhm_ dmk
                                        Carlota M. Böhm
                                        Chief United States Bankruptcy Court Judge

FILED
2/8/21 6:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA